HANDMAN SILK CORPORATION, Appellant, v. VOVE WILON, Also Known as WOLF WILON, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ROBERT R. LAWSON, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ABRAHAM SCHACHNE, an Attorney and Counselor at Law.— Motion for reargument of motion denied. Motion for stay denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

LOUIS DANIELLO, Appellant, v. FRED BEERS, INC., Respondent.— Action to recover for personal injuries and property damage as a consequence of a claimed collision between plaintiff's automobile and defendant's auto truck. Judgment of the County Court of Nassau county for defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

STEPHANIE DEKLEROW, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Order denying plaintiff's motion to strike out the defenses and dismiss the counterclaim contained in defendant's answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

ETHEL DOLLINGER, as Administratrix, etc., of LOUIS BECKER, Deceased, Appellant, v. MORRIS BECKER and Others, Respondents, and ELIAS GARROW, Defendant. — Order dismissing the complaint in an action concerning alleged fraudulently procured transfers of real and personal property from plaintiff's decedent modified so as to permit her to plead over in ten days as to the second cause of action. As thus modified the order is affirmed, without costs. As to the first cause of action see Chamberlain v. Taylor (105 N. Y. 185, 197, 198). Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

EDITH M. GARDNER, Respondent, v. FRED MULLER, Appellant.— Action by plaintiff to recover for personal injuries and property damage sustained as the result of a collision between her automobile and a car owned and operated by defendant. Plaintiff's car, in which she was riding, was being driven by one Ronnermann, who also sued defendant. The actions were tried together, and the jury found in favor of defendant, awarding him $425 on his counterclaim. On motion of plaintiff's counsel, the trial court set the verdict aside and restored the case to the calendar for a new trial. The defendant appealed. Order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.